# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODGER LANDRETH**                                   **PLAINTIFF**

v.                        No. 4:25-cv-80-DPM

**CHAD BERRY; and TEAGUS MAJORS and**     **DEFENDANTS**
**DAVID BRYANT, in their individual and**
**official capacities as law-enforcement officers**
**of the Greers Ferry Police Dept.**

## ORDER

Lion Legal moves to withdraw as counsel for Landreth. The motion, *Doc. 12*, is granted for good cause with a caveat. Rebecca Ferguson and Lion Legal are relieved as Landreth's counsel of record, but Patrick Benca, who has not moved to withdraw, is still representing him. The caveat—Ferguson must provide a copy of this Order to Landreth and Benca. Ferguson's report on these communications is due by 3 June 2025. The motions to dismiss, *Doc. 4, 6 & 10*, are unopposed. Unless Benca can show good cause why he did not respond to the motions by 10 June 2025, the Court will rule on the current papers.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2025