IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RODGER LANDRETH                                                     PLAINTIFF

v.                          No. 4:25-cv-80-DPM

CHAD BERRY;  and TEAGUS MAJORS and           DEFENDANTS
DAVID BRYANT, in their individual and
official capacities as law-enforcement officers
of the Greers Ferry Police Dept.

## ORDER

The Court appreciates Benca's response to the show cause order and notes his embedded motion to reconsider. The Court requests Benca to serve a copy of *Doc. 15* on Rebecca Ferguson and Victoria Leigh at Lion Legal and file proof of service. Lion Legal may respond within fourteen days after being served. The Court will hold a hearing soon on a mutually convenient date to nail down who is Landreth's lawyer. Benca, Landreth, and Leigh must attend the hearing. Until that representation issue is resolved, the motions to dismiss will hang fire.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2025