IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROGER LANDRETH                                               PLAINTIFF

v.                      No. 4:25-cv-80-DPM

CHAD BERRY; and TEAGUS MAJORS and        DEFENDANTS
DAVID BRYANT, in their individual and
official capacities as law-enforcement officers
of the Greers Ferry Police Dept.

## ORDER

Benca's motion to reconsider, *Doc. 15*, is denied without prejudice as moot. The lawyer-client relationship is intact. Benca remains Landreth's attorney.

For the reasons stated on the record at the 20 August 2025 hearing, for good cause the Court re-opens and extends Landreth's time to respond to the motions to dismiss. Defendants' objection is overruled. Landreth's responses to *Doc. 4, 6, & 10* are due by 3 September 2025. Defendants may reply by 10 September 2025.

To help sort the client-funds issue, Lion Legal must file a comprehensive exhibit (with the specified contents) under seal by 25 August 2025. The Court directs the Clerk to accept this sealed exhibit. Lion Legal must also hand deliver a copy of this exhibit to Benca by that date. (The Court would also appreciate a courtesy copy by hand delivery to chambers). The Court will rule based on the arguments made at the hearing and the record as a whole.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2025