# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROGER LANDRETH                                                          PLAINTIFF

v.                                    No. 4:25-cv-80-DPM

CHAD BERRY;   and TEAGUS MAJORS and          DEFENDANTS
DAVID BRYANT, in their individual and
official capacities as law-enforcement officers
of the Greers Ferry Police Dept.

## ORDER

The Court appreciates Lion Legal's under seal filings. Landreth paid $2,660.99 to the firm for services rendered and expenses incurred.   He had a hybrid retainer/contingency agreement, which covered all this.   Therefore, Lion Legal doesn't have any funds on hand belonging to Landreth.   The Court confirms its decision allowing the firm to withdraw.   The Court directs the Clerk to send a copy of this Order to Lion Legal at 2800 Percy Machin Drive, North Little Rock, Arkansas 72114.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
10 September 2025